# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MACK AUTHER FOREMAN, JR..** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  **CA 21-320-CG-MU** |
| | ) |
| **PAUL WATKINS, M.D.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Mack Auther Foreman, Jr.'s complaint (Doc. 1) be **DISMISSED**, pursuant to Fed.R.Civ.P. 41(b), due to his failure to prosecute this action by complying with this Court's lawful orders dated and entered April 14, 2022 and June 16, 2022. This will be a **WITH PREJUDICE dismissal** because this action is indisputably time-barred.

**DONE** and **ORDERED** this 21st day of September, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE